# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**DANIEL DESPRES,**

    **Plaintiff,**

v.                                               **Case No. 3:17cv148-LC-CJK**

**MILLER, et al.,**

    **Defendants.**

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 4, 2017 (doc. 10). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this order.

2.      This case is DISMISSED WITH PREJUDICE for plaintiff's failure to prosecute and/or failure comply with an order of the court and failure to keep the court apprised of his mailing address.

3.      The Clerk is directed to close the file.

**DONE AND ORDERED** this 31st day of August, 2017.

     *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR  UNITED STATES DISTRICT JUDGE**